# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

**FILED JG**
3/31/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

**Case Title:** Keenan Brown v McDonald's Restaurants of Illinois Inc.

**Case Number:** 1:21-cv-01769
Judge Charles R. Norgle, Sr
Judge Jeffrey Cole

An appearance is hereby filed by the undersigned as a pro se litigant:

**Name:** Keenan Brown

**Street Address:** 8920 Eves Rd. UNIT 768792

**City/State/Zip:** Roswell, Georgia 30076

**Phone Number:** 312-826-4385

**Signature:** [signed]

**Executed on (date):** 03/29/2021

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✓] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

BKEENAN720@GMAIL.COM

**E-Mail Address (Please PRINT legibly.)**

Rev. 06/23/2016