**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

**FILED**
**3/31/2021** JG
SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND FINANCIAL AFFIDAVIT**

Keenan Brown
Plaintiff

v.

McDonald's Restaurants Of Illinois, Inc.
Defendant(s).

Case Number: **1:21-cv-01769**

Judge: **Judge Charles R. Norgle, Sr
Judge Jeffrey Cole**

**Instructions:** This application must be updated at least annually. Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place a ✓ in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

Application: I, KEENAN BROWN _____, declare that I am the ■ plaintiff ☐ petitioner ☐ movant ☐ (other_____) in the above-entitled case. This affidavit constitutes my application to proceed ☐ without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ■ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. I understand that the judge can grant my application, deny my application, or require that I pay a partial filing fee. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated? ☐ Yes ■ No
   (If "No" go to question 2.)

   ID #: N/A   Name of prison or jail: N/A
   Do you receive any payment from the institution? ☐ Yes ■ No
   Monthly amount: N/A

2. Are you currently employed? ☐ Yes ■ No
   A. If the answer is "*yes*," state your:
      *Monthly* salary or wages: N/A
      Name and address of employer: N/A

   B. If the answer is "*no*," state your:
      Beginning and ending dates of last employment: 03/14/2020
      *Last monthly* salary or wages: 15HR
      Name and address of employer: DHL

3. Are you married? ☐ Yes ■ No
   If the answer is "yes", is your spouse currently employed? ☐ Yes ■ No

*Spouse's Monthly* salary or wages: N/A
Name and address of employer: N/A
N/A

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), have you or anyone else living at the same residence received more than $200 in the past twelve months from any of the following sources? Place a ✓ next to "Yes" or "No" in each of the categories A through G, check all boxes that apply in each category, and fill in the twelve-month total in each category.

    A. ☐ Salary or ☒ wages ☐ Yes ☒ No
       Total received in the last 12 months: 3200
       Received by: JOBS

    B. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☒ No
       Total received in the last 12 months: N/A
       Received by: _____

    C. ☐ Rental income, ☐ interest or ☐ dividends ☐ Yes ☒ No
       Total received in the last 12 months: _____
       Received by: _____

    D. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ Settlement/Judgment or ☐ child support ☐ Yes ☒ No
       Total received in the last 12 months: N/A
       Received by: N/A

    E. ☐ Gifts or ☐ inheritances ☐ Yes ☒ No
       Total received in the last 12 months: FAMILY IS NOT WEALTHY
       Received by: _____

    F. ☐ Unemployment, ☐ welfare, or ☐ any other public assistance ☒ Yes ☐ No
       Total received in the last 12 months: SANP BENEFITS
       Received by: state

    G. ☐ Any other sources (describe source: DOOR DASH) ☒ Yes ☐ No
       Total received in the last 12 months: 200
       Received by: _____

5. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No
   Total amount: $43.00
   In whose name held: _____ Relationship to you: _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 08/23/2018

6. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
Property: N/A  Current value: N/A
In whose name held: N/A  Relationship to you: N/A

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☐ Yes ☒ No
Type of property and address: N/A
Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

8. Do you or anyone else living at the same residence own any automobiles with a current market value of more than $1000? ☐ Yes ☒ No
Year, make and model: PONTIAC GRANDPRIX
Current value: 500  Equity: N/A (Equity is the difference between what the automobile is worth and the amount you owe on it.)
Amount of monthly loan payments: 0
In whose name held: keenan brown  Relationship to you: N/A
Name of person making payments: N/A

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐ Yes ☒ No
Property: N/A
Current value: N/A  Equity: N/A (Equity is the difference between what the property is worth and the amount you owe on it.)
Amount of monthly loan payments: N/A
In whose name held: N/A  Relationship to you: N/A
Name of person making payments: N/A

10. List the persons who live with you who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☒ None.
_____
_____

11. List the persons who do not live with you who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☒ None.
_____
_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.**

Date: 03/29/2021 _____
                                                  Signature of Applicant
                                    KEENAN BROWN
                                                   (Print Name)

**NOTICE TO PRISONERS**: <u>In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by <u>each institution</u> where you have been in custody during that six-month period. As already stated, you must also have the Certificate below <u>completed by an authorized officer at each institution.</u>

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein,_____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____. (Add all deposits from all sources and then divide by number of months).

_____    _____
Date                                  Signature of Authorized Officer

_____
(Print Name)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 08/23/2018

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

KEENAN BROWN

(full name of plaintiff or petitioner)

vs.

MCDONALD'S RESTAURANTS OF ILLINOIS, INC.

(full name of defendant(s) or respondent(s))

APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (<u>NON-PRISONER CASE</u>)

Case number: _____

**Instructions:** Please answer every question. Do not leave blanks. If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✔] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[ ] to request an attorney

1. *Are you employed?*
   [ ] Yes   Name and address of employer: _____
                Total amount of monthly take-home pay: _____
   [✔] No    Date(s) of last employment: _____   Last monthly take-home pay: _____

2. *If married, is your spouse employed?*  [✔] Not married
   [ ] Yes   Name and address of spouse's employer: _____
                Total amount of spouse's monthly take-home pay: _____
   [ ] No    Date(s) of spouse's last employment: _____   Spouse's last monthly take-home pay: _____

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (list the 12-month total for each)

   Self-employment, business, or profession: $ _____
   Income from interest or dividends: $ _____
   Income from rent payments: $ _____
   Pensions, annuities, or life insurance: $ _____
   Disability or worker's compensation: $ _____
   Gifts (including deposits into any accounts in your name): $ _____
   Unemployment, public assistance, or welfare: $ _____
   Settlements or judgments (include any that are expected): $ _____
   **Any other source of money:** $ _____

Page 1 of 2

Rev. 2/2020

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ☐ Yes ☑ No   If yes, how much? _____

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☑ No

   If yes, list each item of property and state its approximate value:
   _____
   _____
   _____

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ☐ Yes ☑ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:
   _____
   _____
   _____

7. *Debts and financial obligations*: List any amounts you owe to others:
   N/A
   _____
   _____

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:
   N/A
   _____
   _____

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 3/29/21

*Applicant's signature*

Keenan Brown
*Printed name*