**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

KEENAN BROWN,

                Plaintiff,

v.

MCDONALDS RESTAURANTS OF
ILLINOIS, INC.,

                Defendant.

Case No. 1:21-cv-01769

Judge Charles R. Norgle

## ORDER

Plaintiff's application for leave to proceed *in forma pauperis* [4] is granted.

IT IS SO ORDERED.

ENTER:

_____

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: May 17, 2021

1