

# Office of the Secretary of State Jesse White

# Corporation/LLC Search/Certificate of Good Standing

## Corporation File Detail Report

| | |
|---|---|
| File Number | 48345701 |
| Entity Name | MCDONALD'S RESTAURANTS OF ILLINOIS, INC. |
| Status | ACTIVE |

## Entity Information

**Entity Type**
CORPORATION

**Type of Corp**
DOMESTIC BCA

**Incorporation Date (Domestic)**
Friday, 12 January 1968

**State**
ILLINOIS

**Duration Date**
PERPETUAL

## Agent Information

**Name**
PRENTICE HALL CORPORATION

**Address**

EXHIBIT H

801 ADLAI STEVENSON DRIVE
SPRINGFIELD , IL 62703

Change Date
Thursday, 31 March 2011

## Annual Report

Filing Date
Wednesday, 10 March 2021

For Year
2021

## Officers

President
Name & Address
GREGG A EREIO 110 N CARPENTER STREET CHICAGO IL, 60607

Secretary
Name & Address
MAHRUKH S HUSSAIN 110 N CARPENTER STREET CHICAGO IL, 60607

Return to Search

File Annual Report
Adopting Assumed Name
Articles of Amendment Effecting A Name Change
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office. Mon Jun 07 2021