**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

KEENAN BROWN,

                 Plaintiff,

v.

MCDONALD'S RESTAURANTS OF
ILLINOIS, INC.,

                 Defendant.

Case No. 1:21-cv-1769

Judge Charles R. Norgle

## ORDER

Plaintiff is ordered to show cause by July 9, 2021 why this case should not be transferred to District Court Judge Matthew Kennelly as a case related to Plaintiff's previous case before Judge Kennelly, No. 20-cv-00851, which involved the same hot tea incident. See LR 40.4 ("A case may be reassigned to the calendar of another judge if it is found to be related to an earlier-numbered case assigned to that judge" and certain conditions are met.).

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: June 9, 2021