**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**EXECUTIVE COMMITTEE ORDER**

**In Re:** *Brown v. McDonald's Restaurants of Illinois, Inc.*, **21 CV 01769**

On September 17, 2021, Judge Matthew F. Kennelly referred motion 21 pending in 21 CV 01769 *Brown V. McDonald's Restaurants of Illinois, Inc* to the Executive Committee. On October 9, 2021, the Executive Committee met and reviewed the motion to reassign the case to Judge Norgle. The Executive Committee concludes the reassignment to Judge Kennelly was appropriate and denies the motion to return the case back to Judge Norgle.

The case will remain assigned to Judge Kennelly. Motion 21 is denied. The Clerk shall cause a copy of this order to be placed on the docket of 21 CV 01769 and 20 CV 0851.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 12th day of October 2021