UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Keenan Brown
                                            Plaintiff,

v.                                                          Case No.: 1:21−cv−01769
                                                              Honorable Matthew F. Kennelly

McDonald's Restaurants of Illinois, Inc.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 10, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 12/10/2021. The Clerk's Office is directed to forward the forms for a motion for attorney representation to Mr. Brown. All fact discovery is to be completed by 6/30/2022. By no later than 1/7/2022, each party is directed to file with the Clerk a status report that includes the following information: (1) the names of all persons who have information that the party may need to support its claims or defenses and a short summary (2–3 sentences) of the topic(s) of the person's possible testimony; (2) a description of any documents that the party may need to obtain from the other side or from third parties to support its claims or defenses; (3) a description of any documents that the party has in its possession or control that it may use to support its claims or defenses; and (4) whether there is or was any surveillance video of the incident(s) described in the complaint. A telephonic status hearing is set for 1/21/2022 at 9:00 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.