UNITED STATE DISTRICT COURTS NORTHERN DISTRICT ILLINOIS

| | |
|---|---|
| Plaintiff<br>Keenan Brown<br><br>Vs<br><br>Defendant<br>McDonald's Restaurants of<br>Illinois, Inc. | Case No. 1:21-CV-1769<br><br>Judges Matthew F. Kennelly<br><br>Magistrate. Judge: Jeffery Cole |

## MOTION REQUEST THAT DEFENDANT MCDONALD'S RESTAURANTS OF ILLINOIS, INC. BE SANCTIONS FOR USING INCORRECT PRO SE ADRESS FOR MAILING FEDERDAL COURT INFORMATION

Pro se request that Defendant McDonald's Restaurants of Illinois, Inc. be Sanctioned for using incorrect address when addressing Plaintiff. Pro se has filed correct address in the Northern district court and Defendant continually send protected info about this case to incorrect address. Recently Pro se provided documents that he is a citizen of Georgia also Honorable Judge Kennelly ruled on the matter of Jurisdiction.

On March 31st, 2021, Pro se filed a self-appearance form to represent himself by providing his proper mailing address with previous Honorable Judge Norgle during that time
*See* ex(A) Plaintiff has addressed this matter several times and defendant intentionally chosen to still send documents to P.O. Box 2784 Orland Park, IL 60426 by disobeying judge pleading. Plaintiff request that Defendant respect his safety and privacy for this matter because defendant willfully know that this is not Plaintiff correct address P.O. Box 2784 Orland Park, IL 60426. Plaintiff request before the Honorable Judge Kennelly that Defendant McDonald's Restaurants of Illinois, Inc. be held accountable and be Sanctioned for this matter for putting his mental health and safety at risk in dangers of unknown citizen of America from another state.

Pro Se Litigant,

Keenan Brown

Phone: 470-838-5874

P.O. Box 768711

Dated: December 27, 2021Roswell, GA 30076

Margaret (Meg) L. MacNair  
Stacy D. Fulco  

Bodell Bove LLC  
2215 York Road  
Suite 515  
Oak Brook, IL 60523  
Direct: (630) 382-4807  
Phone: (630) 382-4800  
Facsimile: (630) 468-2158  
mmacnair@bodellbove.com  

SF-ulco@boslellbove.com

Case: 1:21-cv-01769 Document #: 3 Filed: 03/31/21 Page 1 of 1 PageID #:10
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SH

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

**FILED JG**
3/31/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

**Case Title:** Keenan Brown v. McDonald's Restaurants of Illinois Inc.

**Case Number:** 1:21-cv-01769
Judge Charles R. Norgle, Sr
Judge Jeffrey Cole

An appearance is hereby filed by the undersigned as a pro se litigant:

**Name:** Keenan Brown

**Street Address:** 8920 Eves Rd. UNIT 768792

**City/State/Zip:** Roswell, Georgia 30076

**Phone Number:** 312-826-4385

Signature

**Executed on (date):** 03/29/2021

---

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

if you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✓] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

BKEENAN720@GMAIL.COM

**E-Mail Address (Please PRINT legibly.)**

EX (A)

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]