Keenan Brown

Plaintiff,

v.

Case No.: 1:21−cv−01769
Honorable Matthew F. Kennelly

McDonald's Restaurants of Illinois, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 5, 2022:

    MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for sanctions is denied [38]. However defendant and its counsel are hereby ordered to send materials relating to this case to plaintiff's address as listed on the docket in this case. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.