SM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**

JAN 14 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff(s) )
)
) Case No.: 1:21-CV-01769
v. )
) Judge: Matthew F Kennelly
)
Defendant(s) )

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, **KEENAN BROWN**, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: **(NOTE: This item must be completed.)**
   BWLA great chicago, INC

   but I have been unable to find an attorney because:
   The Lawyer I meet are unable to do work in georgia

3. I declare that (check all that apply):
   (Now:)
   ☒ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. If this box is checked, please provide details on the last page of this motion.

   (Earlier:)
   ☒ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. If this box is checked, please provide details on the last page of this motion.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/21/2017

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. I declare that (check one):
   - [x] I have attached an original Application for Leave to Proceed In Forma Pauperis detailing my financial status.
   - [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.
   - [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. [ ] I declare that my highest level of education is (check one):
   - [ ] Grammar School
   - [ ] Some High School
   - [ ] High School Graduate
   - [x] Some College
   - [ ] College Graduate
   - [ ] Post-Graduate

6. [ ] I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check ONLY if applicable.)

7. [ ] I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check ONLY if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Movant

Street Address
P.O. Box 76811

Date 01-02-2022

City, State, Zip
Roswell, GA 30076

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | Case No: | | |
|---|---|---|---|
| Attorney's Name: | The case is still pending: | [ ] Yes | [ ] No |
| The appointment was limited to settlement assistance: | | [ ] Yes | [ ] No |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/21/2017

| | |
|---|---|
| Case Name: | Case No: |
| Attorney's Name: | The case is still pending: ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: | ☐ Yes ☐ No |

| | |
|---|---|
| Case Name: | Case No: |
| Attorney's Name: | The case is still pending: ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: | ☐ Yes ☐ No |

**Complete only if you are currently or have previously been represented by an attorney requested by the court.**

Description of case:

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/21/2017