UNITED STATE DISTRICT COURTS NORTHERN DISTRICT ILLINOIS

Plaintiff
Keenan Brown

Vs

Defendant
McDonald's Restaurants of
Illinois, Inc.

**FILED JAN 14 2022**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No. 1:21-CV- 1769

Judges Matthew F. Kennelly

Magistrate. Judge: Jeffery Cole

## MOTION STATUS REPORT FOR DISCOVERY LIST WITNESS DESCRIPTION LIST OF DOCUMENTS PRO SE NEED TO OBTAIN FROM THE DEFEDANT SIDE OR FROM THIRD PARTIES TO SUPPORT ITS CLAIMS

List witness

McDonald's that day
All defendant McDonald's employees including mangers staff and different level of employee form cashiers to line cook and managers and supervisor.

Claims departments

**KEENAN BROWN**:
The victim Keenan Brown who received unlawful customer services in which pro se suffered burns and bruise that lead to mental illness soreness sickness ackees mental trauma breakdowns humiliations no of management reached out to resolves the issue

**Family and friends** 'too many to list that has witness the mental breakdown and mental trauma of pro se after being burned by the defendant.

**Laryah**: Witness that day
Was there on the scene when Pro se was burned by the defendants witness his breakdowns moments trauma mental break down backlash flashback how pro se got sick after being burnt.

**Anthony**: Therapist
Spiritual adviser coach consoler pastor therapist the help pro se get through rough times.

## DESCRIPTION LIST OF DOCUMENTS PRO SE NEED TO OBTAIN FROM THE DEFEDANT SIDE OR FROM THIRD PARTIES TO SUPPORT ITS CLAIMS ARE:

24 hr Video Surveillance recording to support pro se claim as well to see how other Customers were treated before pro se receive unlawful practice that lead to throwing hot tea at Pro se
Store & Restaurant Policy's
Employee records of
Attendance
Written up
Coaching
Waring
Employee Policy
Claim Department Policy when customer files a claims what's the process
Food Policy
Training Books Customer Policy

Previous Recorded of those who files claims against defendant.

Safety policy

Customer policy

Previous customer complaint and claims

The name, home and business address of the insurance carrier investigators employed by the Defendant(s) or its insurance carrier to investigate this claim, treatment of the Plaintiff(s)

The name, home and business address, background and qualifications of any and all persons in the employ of Defendant(s), who in anticipation and/or preparation of litigation, is expected to be called to trial.

Copies of any and all , diagrams, drawings, charts, models, movie films or video-tapes which relate, refer or pertain to Plaintiff(s), any other party to this action, the incident site and/or any instrumentality involved in the incident described in Plaintiff(s) Complaint.

# PROOF OF SERVICE

**Pro se KEENAN BRON ,, being first duly sworn on oath, deposes and says that the foregoing NOTICE OF FILING and the documents referred to therein were served US MAIL to each person identified above on the 6th day of January ,2022 at Roswell ,GA**

Pro Se Litigant,

Keenan Brown

Phone: 470-838-5874

P.O. Box 768711

Dated: January 6th, 2021Roswell, GA 30076

Margaret (Meg) L. MacNair
Stacy D. Fulco

Bodell Bove LLC
2215 York Road
Suite 515
Oak Brook, IL 60523
Direct: (630) 382-4807
Phone: (630) 382-4800
Facsimile: (630) 468-2158
mmacnair@bodellbove.com

SF-ulco@boslellbove.com

Keenan Brown

                        Plaintiff,

v.                                        Case No.: 1:21−cv−01769
                                             Honorable Matthew F. Kennelly

McDonald's Restaurants of Illinois, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 10, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 12/10/2021. The Clerk's Office is directed to forward the forms for a motion for attorney representation to Mr. Brown. All fact discovery is to be completed by 6/30/2022. By no later than 1/7/2022, each party is directed to file with the Clerk a status report that includes the following information: (1) the names of all persons who have information that the party may need to support its claims or defenses and a short summary (2−3 sentences) of the topic(s) of the person's possible testimony; (2) a description of any documents that the party may need to obtain from the other side or from third parties to support its claims or defenses; (3) a description of any documents that the party has in its possession or control that it may use to support its claims or defenses; and (4) whether there is or was any surveillance video of the incident(s) described in the complaint. A telephonic status hearing is set for 1/21/2022 at 9:00 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.