# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Keenan Brown

                                  Plaintiff,

v.                                                            Case No.: 1:21−cv−01769
                                                                   Honorable Matthew F. Kennelly

McDonald's Restaurants of Illinois, Inc.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 21, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 1/21/2022. Plaintiff's motion for attorney representation [42] is granted. The Court appoints attorney Michael E. Fox, Fox, Swibel, Levin & Caroll, LLP, 200 West Madison St. Suite 3000 Chicago, 60606 IL, mfox@fslc.com to represent plaintiff in accordance with counsel's trial bar obligations under Local Rule 83.37 (N.D. Ill.). A telephonic status and motion hearing are set for 3/3/2022 at 8:45 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Defendant's motion for protective order [41] is entered and continued to 3/3/2022. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.