UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Keenan Brown
                          Plaintiff,

v.                                           Case No.: 1:21−cv−01769
                                                        Honorable Matthew F. Kennelly

McDonald's Restaurants of Illinois, Inc.
                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 18, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion and ruling hearings held. Defendant's motion for sanctions [107] is denied for the reasons stated more fully on the record. Plaintiff's motion for sanctions [111] is denied without prejudice. Transcripts of each of the depositions that have been taken in this case are to be submitted to this Court no later than 8/25/2022. The depositions are to be sent to Judge Kennelly's proposed order email address. Plaintiff's deposition is to take place on 8/29/2022 at 10:00 a.m. ET (9:00 a.m. CT). Taylor K's deposition is to take place on 8/31/2022 at 10:00 a.m. ET (9:00 a.m. CT). Exhibits to motion 111−1 and 114−1, 2, 3, 4, 5, and 6 are to be placed under seal. Telephonic status hearing is set for 9/8/2022 at 8:30 a.m. The telephonic status hearing set for 8/30/2022 is vacated and reset to 9/20/2022 at 8:40 a.m. The following call−in number will be used for both hearings: 888−684−8852, conference code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.